PROPOSED ORDER/COVER SHEET

TO: Honorable Richard Seeborg
U.S. Magistrate Judge

RE: Russell, Johnny James

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR 06-00054 JW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jaime A. Carranza
U.S. Pretrial Services Officer

408-535-5226
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall seek and maintain verifiable employment at a law abiding establishment, as approved by Pretrial Services. In addition, the defendant shall provide Pretrial Services with verification of his income and any business records (if he is self-employed) as deemed necessary

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____
JUDICIAL OFFICER

4/4/06
DATE

**FILED**
APR 5 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Cover Sheet (12/03/02)